UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Amanda Lewis, <br><br> Plaintiff, <br><br> v. <br><br> Glasser and Glasser, P.L.C.; and DOES 1-10, inclusive, <br><br> Defendants. | : <br> : <br> : Civil Action No.: 1:16-cv-01446-MJG <br> : <br> : <br> : <br> : <br> : <br> : |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)

Amanda Lewis ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 1, 2016

Respectfully submitted,

By  /s/ Sergei Lemberg
Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
ATTORNEYS FOR PLAINTIFF

SO ORDERED, on Monday, August 1, 2016.

_____/s/_____
Marvin J. Garbis
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2016, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg